# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00442-CR

**In re Shane Brooks**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 07-263-C277, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Shane Brooks seeks to appeal an order holding him in contempt for his conduct as counsel during the trial of cause number 07-185-K277, *State of Texas v. Seneka Deray Johnson*, in the 277th District Court of Williamson County. Brooks's counsel was asked to submit a letter explaining this Court's jurisdiction to consider the appeal. There was no response to this request.

A court of appeals lacks jurisdiction to review a contempt order on direct appeal. *Ex parte Hawkins*, 885 S.W.2d 586, 587 n.3 (Tex. App.—El Paso 1994, orig. proceeding) (citing *Ex parte Eureste*, 725 S.W.2d 214, 216 (Tex. Crim. App. 1986); *see Tracy v. Tracy*, No. 05-05-01574-CV, 2007 WL806358 at *2 (Tex. App.—Dallas 2007, no pet.) (citing *Texas Animal Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 Tex. 1983). The appropriate remedy is by original writ of habeas corpus. *Eureste*, 725 S.W.2d at 216. This Court does not have original habeas corpus jurisdiction in criminal cases. Tex. Gov't Code Ann. § 22.221(d) (West 2004).

The appeal is dismissed.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   September 20, 2007

Do Not Publish